[57 NE3d 1095, 37 NYS3d 58]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NADINE PANTON, Appellant.

Argued June 2, 2016; decided June 30, 2016

APPEARANCES OF COUNSEL

*Robert S. Dean, Center for Appellate Litigation*, New York City (*Robin Nichinsky* of counsel), for appellant.

*Cyrus R. Vance, Jr., District Attorney*, New York City (*David P. Stromes* of counsel), and *Robert T. Johnson, District Attorney*, Bronx (*Joseph N. Ferdenzi, Peter D. Coddington* and *T. Charles Won* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Defendant contends that police engaged in improper pre-*Miranda* custodial interrogation and, as a result, her post-

*Miranda* written and video statements should have been suppressed. Because defendant did not raise this particular ground either in her suppression motion or at the hearing, it is unpreserved for our review (*see People v Gonzalez*, 55 NY2d 887, 888 [1982]).

We have considered defendant's remaining contention and find it to be without merit.

Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.

Order affirmed, in a memorandum.